# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1804
LT Case Nos. 2020-CA-000005
2019-CP-000474

_____

ROCCO SANTOMENNO, as Trustee
and Beneficiary of the John
Santomenno Revocable Trust, dated
September 26, 1996, as amended,
and as Trustee and Beneficiary of the
Edith Santomenno Revocable Trust,
dated September 26, 1996, as amended,

    Appellant,

    v.

JOHN SANTOMENNO, JR., ROBERT
SANTOMENNO, and EDITH
SANTOMENNO,

    Appellees.

_____

On appeal from the Circuit Court for Flagler County.
Christopher A. France, Judge.

Robert A. Drean, of Icard, Merrill, Cullis, Timm, Furen &
Ginsburg, P.A., Lakewood Ranch, for Appellant.

Jerry B. Wells, of Jerry B. Wells, P.L., Daytona Beach, for
Appellee, John Santomenno, Jr.

David A. Burt, of Hawkins, Hawkins & Burt, LLP, of Daytona
Beach, for Appellee, Edith Santomenno.

No Appearance for Remaining Appellee,
Robert Santomenno.

April 2, 2024

PER CURIAM.

AFFIRMED.

WALLIS, JAY, and KILBANE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

2